## EXHIBIT "I"

### DEFINITIONS

1. The word "person" means any natural person, firm, governmental entity, or subdivision thereof, proprietorship, association, partnership, joint venture, corporation, or any other form of organization or association.

2. "SLV" means SLV Properties LLC, a Texas limited liability company, and/or its attorneys, agents, representatives, or any person acting on its behalf or at its direction.

3. "You", "your", or "Respondent" means Christopher Duane and/or his attorney, agents, representatives, servants, employees, or any person acting on his behalf or at his direction.

4. "Kira Gray" or means Kira M. Gray and/or her attorneys, agents, representatives, or any person acting on her behalf or at her direction.

5. "Rob Gray" means Robert J. Gray and/or his attorneys, agents, representatives, servants, employees, or any person acting on his behalf or at his direction.

6. "David Gray" means David M. Gray and/or his attorneys, agents, representatives, or any person acting on his behalf or at his direction

7. "Eddie Allen" means Eddie Allen or Timothy Edward Allen and/or his attorneys, agents, representatives, or any person acting on his behalf or at his direction.

8. "Mulligan Mint" or the "Debtor" means Mulligan Mint, Inc. and David Gray d/b/a Mulligan Mint and/or its attorneys, agents, representatives, or any person acting on its behalf or at its direction.

9. "AOCS" means AOCS Mint and/or its attorneys, agents, representatives, or any person acting on its behalf or at its direction.

10. "CFC" means Coins for the Cause and/or its attorneys, agents, representatives, or any person acting on its behalf or at its direction.

11. "SBSS" means Silver Bullet Silver Shield and/or its attorneys, agents, representatives, or any person acting on its behalf or at its direction.

12. "Agorist" means Agorist Metals and/or its attorneys, agents, representatives, or any person acting on its behalf or at its direction.

13. "TSP" means TSP Mint and/or its attorneys, agents, representatives, or any person acting on its behalf or at its direction.

14. "Sovereign" means Sovereign Economics and/or its attorneys, agents, representatives, or any person acting on its behalf or at its direction.

15. "AG Logistics" means AG Logistics LLC, a Texas limited liability company, and/or its attorneys, agents, representatives, or any person acting on its behalf or at its direction

16. "FLB" means Free Lakota Bank and/or its attorneys, agents, representatives, or any person acting on its behalf or at its direction.

17. "The Entities" means collectively all of the business entities and persons listed above, AOCS, CFC, SBSS, Agorist, TSP, Mulligan Mint, Sovereign, SLV, FLB, David Gray, Kira Gray, Rob Gray and/or Eddie Allen.

18. The words "relating" and "regarding" mean reflecting or pertaining directly or indirectly in any way to all or any part of the specified subject matter and/or documents.

19. The word "and" means and/or, and "or" means and/or.

20. The word "communication" means any contact or act by which any information or knowledge is transmitted or conveyed between two or more persons, as defined in Paragraph 1 above, and shall include, without limitation, any written contact by such means as letters, memoranda, telegrams, telex, facsimile transmissions, or otherwise or any oral contact by such means as face-to-face communication, telephonic communication, or otherwise.

21. The word "meeting" means any coincidence or presence of two or more persons, whether or not such coincidence of their presence was by chance or prearranged, formal or informal, in person or by telephone.

22. The word "document" means original documents, or a copy thereof if the original is not available, of every written, printed, typed, recorded, reported, or graphic record or material, including every draft and/or non-identical copy thereof, of every type and description that is in your or your attorney's actual or constructive possession, control, or custody including, but not limited to, all papers, books, correspondence, letters, communications, memoranda, notes, reports, diaries, calendars, appointment books, agreements, contracts, proposed contracts or agreements, whether or not actually consummated, logs, studies, summaries, agendas, bulletins, notices, announcements, instructions, charts, manuals, models, graphs, photographs, brochures, publications, minutes, including minutes of board of directors meetings, and executive committee meetings, and editorial board meetings, partnership meetings and managing or executive partnership or committee meetings, corporate resolutions, computer printouts, data processing input and output, schedules, drawings, tape or other voice recordings, microfilms, photographs, motion pictures, videotapes, maps, charts, newspapers, magazines and other publications, telegrams, cables, telex messages, facsimile communications, purchase orders, lists, proposals, invoices, plans, specifications, addenda, telephone call records or statements, statements, receipts, confirmation slips, evidence of payments, bills, bills of lading, canceled checks, and any copy of a document bearing notations, markings, or writings of any kind or nature different from the original.

## INSTRUCTIONS

A.  The documents shall be produced for inspection at the offices of Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201 a date not less than thirty (30) days from the date of service of this request.

B.  Each paragraph below shall operate and be construed independently, and, unless otherwise indicated, no paragraph limits the scope of any other paragraph.

C.  Respondent is instructed to obtain and produce all documents, papers and things described that herein are in his possession. As used herein, the term "possession" includes any of the described documents and things which are in Respondent's immediate possession, or subject to her custody or control or to which it has access, including any document or thing in regard to which Respondent has a right or the capacity to compel production from a third person.

D.  Unless otherwise indicated, the relevant time period for each request set forth below shall be from January 1, 2009 through the present.

## DOCUMENTS, PAPERS, AND THINGS REQUESTED

Respondent shall produce for inspection and copying the following documents, papers and things at the time, date and place specified above referring to, relating to, consisting of or having anything to do with any of the following (remember to review defined terms):

1.  The location and source of all assets any of the Entities own or have a beneficial or other interest in or right to and all documents evidencing or relating to such assets or interests.

2.  All assets any of the Entities owns, controls, has any right to, and/or interest in, which are in the immediate physical possession and/or custody of, and/or subject to the immediate physical possession and/or custody of another person or entity and all documents evidencing or relating to such assets or interests.

3.  Any and all liabilities of any of the Entities to You, whether presently existing or contingent and all documents evidencing or relating to such liabilities.

4.  Any and all assets of any of the Entities whether tangible or intangible, real property or personal property, presently existing or contingent, which are held on behalf of any of the Entities or for the benefit of any of the Entities by some other person or entity and all documents evidencing or relating to such assets or interests.

5.  Any interest which Respondent has or had in any of the Entities and all documents evidencing or relating to such assets or interests.

6. Any of the Entities' ownership or interest in any personal property, including but not limited to, tools, firearms, books, furs, equipment, inventory, patents, copyrights, livestock, boats, sporting goods, automobiles, recreational vehicles, aircraft, antiques, books, stamps, paintings, coins, sculptures, and/or any kind of art and/or any kind of collection and all documents evidencing or relating to such assets or interests.

7. Payment(s) of any kind made by any of the Entities that exceeds $20,000.00 in the aggregate to You or any entity related to You.

8. Payment(s) of any kind made by Respondent on behalf of any of the Entities that exceeds $20,000.00 in the aggregate to any person or entity.

9. Any transfer, conveyance, disposal and/or assignment of any of the Entities' interest or ownership in any business entity, whether a corporation, partnership, sole proprietorship, joint venture, or otherwise, whether by sale, lease, loan, gift or other means.

10. Any of the Entities' right to payment of money or any other thing of value from any person for any reason.

11. Respondent's right to payment of money or any other thing of value from any of the Entities for any reason including, but not limited to, promissory notes, accounts receivable, certificates of deposit, securities, foreign currency, traveler's checks, treasury checks, treasury bills, savings bonds, utility deposits, income tax refunds, security deposits, and the like.

12. Any communication or correspondence between any financial institution and Respondent regarding any of the Entities.

13. Any communication or correspondence between the Respondent and any of the Entities.

14. Any contracts, bills of sale, agreements, assignments, closing documents, or any other documents, papers or things relating to any transfer or assignment of any kind related to any sale and/or transfer of any interest in any company and/or business in which any of the Entities has owned any interest of any kind.

15. Transfers of property since January 1, 2009, real or personal, tangible or intangible, owned by any of the Entities made to, by, and/or in the name of any other person or entity.

16. Business dealings of any of the Entities undertaken in the name of and/or conducted by any other person or entity.

17. All assets, other than cash, conveyed by any of the Entities to any person or entity and any documents related thereto.

18. The location and/or value of any inventory or raw material used by any of the Entities in its business or purchased and/or sold in the course of its business.

19. All documents related to any ownership interest You have or have had in any of the Entities.

20. All documents related to any loan You made to any of the Entities and/or any investment You made in any of the Entities.

21. All documents related to the payments made to you by any of the Entities, including but not limited to the payments aggregating approximately $75,000 in March 2013.

4836-6559-3379, v. 1